058-15

# ELECTRONIC RECORD

COA # 02-13-00192-CR          OFFENSE: 2

STYLE: James Edward Moore v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRM          TRIAL COURT: 213th District Court

DATE: 11/20/14          Publish: NO          TC CASE #: 1269903D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: James Edward Moore v. The State of Texas          CCA #: 058-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 03/04/2015          SIGNED: _____          PC: _____

JUDGE: per curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD